[Nos. 30605-4-III; 30606-2-III;    Division Three.    June 18, 2013.]
30607-1-III; 30608-9-III;
30609-7-III.

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT T. HURLEY, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 02-1-01896-4, Annette S. Plese, J., entered January 9, 2012. *Dismissed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 30699-2-III.    Division Three.    June 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD ELTON CHEW, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00174-9, John W. Lohrman, J., entered March 5, 2012. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30749-2-III.    Division Three.    June 18, 2013.]

GMAC MORTGAGE, LLC, *Respondent*, v. THE CITY OF SPOKANE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-04187-0, Linda G. Tompkins, J., entered March 1, 2012. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 41885-1-II.    Division Two.    June 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS MCDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05629-5, Susan Serko, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.